# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

**∟ F I L E D**

JAMAL DANIELS and
TENEKA BROWN

NOV - 2 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**MAGISTRATE JUDGE KEYS**

CRIMINAL COMPLAINT

**CASE NUMBER:**

**07 CR    723**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ____ April 5, 2007 to the present ____ in _____ Will _____

County, in the _____ Northern _____ District of _____ Illinois _____ defendants,

     and other individuals known and unknown conspired to knowingly and with intent to
defraud traffic in and use one or more unauthorized access devices, namely stolen credit
card and debit card account numbers, during any one-year period, and by such conduct
obtain things of value aggregating $1,000 or more during that period, thereby affecting
interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2), and
thereafter engaged in conduct in furtherance of such offense;

in violation of Title _18_ United States Code, Section _1029(b)(2)_ .

     I further state that I am a _Special Agent with the United States Secret Service_ and that this complaint is
based on the following facts:


     SEE ATTACHED AFFIDAVIT.


Continued on the attached sheet and made a part hereof:  _X_ Yes  ____ No

                           Derek Thomas, Complainant

Sworn to before me and subscribed in my presence,


November 2, 2007 _____
Date

at _ Chicago, Illinois _____
    City and State


U.S. Magistrate Judge Arlander Keys _____
Name & Title of Judicial Officer

     Arlander Keys
Signature of Judicial Officer

STATE OF ILLINOIS         )
                                 )    SS
COUNTY OF COOK        )

## AFFIDAVIT

I, Darek Thomas, being duly sworn according to law, do depose and say as follows:

1.    I am a Special Agent with the United States Secret Service ("USSS") and have been so employed since January 1999. As part of my duties, I am assigned to the Chicago Field Office, with an assigned territory of the Northern District of Illinois, Eastern Division. My responsibilities include investigations of financial crimes such as access device fraud, bank fraud and forgery. I have received training in the areas of access device fraud, bank fraud and forgery.

2.    This affidavit is based on my personal knowledge, as well as information obtained from investigation documents, law enforcement records, private businesses, and other law enforcement officials. The information contained in this affidavit is provided solely for the purpose of establishing probable cause and therefore does not include all the information known to me or to law enforcement regarding this investigation.

3.    The information below is provided for the limited purpose of establishing probable cause that JAMAL DANIELS ("DANIELS") and TENEKA BROWN ("BROWN") and other individuals known and unknown conspired to knowingly and with intent to defraud traffic in and use one or more unauthorized access devices, namely stolen credit card and debit card account numbers, during any one-year period, and by such conduct obtain things of value aggregating $1,000 or more during that period, thereby affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2), and thereafter engaged in conduct in furtherance of such offense, in violation of Title 18, United States Code, Section 1029(b)(2).

4.    Since April, 2007 the USSS has conducted a criminal investigation of DANIELS, BROWN, and other individuals that has uncovered a consistent pattern of fraud via surveillance video obtained from merchants, store receipts, credit card signature slips, trash pull operations, and a tracking device approved by this Court for a 2000 Brown/Tan Chevy Suburban with Vehicle Identification Number, 3GNEC61T5YG218809, bearing Illinois registration number 46 076M (hereinafter "Subject Vehicle") used by DANIELS and BROWN to make fraudulent purchases. In the back rear window of the Subject Vehicle, the vehicle has a white sticker on the driver's side. Illinois Secretary of State records indicate that the Subject Vehicle is owned by Individual A.

5.    On or about April 5, 2007, the affiant was contacted by the DeKalb Police Department concerning a police report that had been filed by a victim from Colesburg, Iowa, regarding the unauthorized use of his wife's credit card.  The credit card account (xxxx xxxx xxxx 4086) had been used to make unauthorized purchases at a Wal-Mart in Aurora, Illinois and was later declined while attempting to be used at Road Ranger gas station and Wal-Mart in DeKalb, Illinois on March 8, 2007.

6.    On or about April 5, 2007, the affiant met with a Wal-Mart Loss Prevention employee in DeKalb, Illinois. The employee stated that he had obtained additional information regarding the name "Derrick Parker" which appeared on the credit card receipt from the aforementioned unauthorized purchases on March 8, 2007.  He also indicated that he had learned from other Wal-Mart Loss Prevention personnel throughout the state of Illinois that the name "Derrick Parker" was associated with credit card fraud at Wal-Mart stores.  A description matching that of the Subject Vehicle was also provided by Wal-Mart as a vehicle used by these individuals.

7.    Subsequent investigation by the affiant revealed that the Subject Vehicle is owned by Individual A, who resides at 422 Meadowlark Lane, Bolingbrook, Illinois. On numerous occasions, DANIELS and BROWN have been observed driving the Subject Vehicle to and from this address.  The affiant later confirmed through rental property information obtained from the Bolingbrook Police Department that DANIELS, BROWN, and Individual A are all registered tenants at this location.

8.    On or about April 6, 2007, the affiant obtained a security video from the Shell gas station located at 255 N. Weber Road, Bolingbrook, Illinois.  The security video recorded the purchase of gas totaling $60.09 with Visa account number xxxx xxxx xxxx 6216 at this location on March 14, 2007. The name encoded in the card, embossed on the card, and signed on the receipt was "Derrick Parker".  The video shows a black male filling up two different vehicles including a vehicle matching the description of the Subject Vehicle as well as a maroon colored mini-van. The vehicle also had a white sticker on the back rear window that appears to match the sticker on the Subject Vehicle.

9.    On or about April 9, 2007, the affiant obtained a security video from the Boston Market restaurant located at 300 N. Weber Road, Bolingbrook, Illinois.  The security video recorded the purchase of food with Visa account number xxxx xxxx xxxx 6216 at this location on March 14, 2007. The name encoded in the card, embossed on the card, and signed on the receipt was "Derrick Parker".  The video shows a black female who appears to be BROWN driving the Subject Vehicle at the drive thru window.

10.    On or about April 24, 2007, the affiant obtained a security video from the East Peoria Police Department.  The security video recorded the purchase of items from the Morton, Illinois Wal-Mart totaling $ 681.99 and $1,246.92 with Visa account numbers xxxx xxxx xxxx 6389, xxxx xxxx xxxx 3796, and xxxx xxxx xxxx 1420  at this

location on February 24, 2007 and March 22, 2007. The name encoded in the cards, embossed on the cards, and signed on the receipts was "Derrick Parker." The videos show a black male and female that appear to be DANIELS and BROWN as well as what appears to be the Subject Vehicle in the parking lot. The vehicle also had a white sticker on the back rear window that appears to match the sticker on the Subject Vehicle.

11.    On or about May 16, 2007, DANIELS was arrested by the South Bend Police Department at the South Bend, Indiana Wal-Mart while attempting to purchase various items with multiple fraudulent credit cards. A search of DANIELS was conducted and produced nine fraudulent credit cards bearing the name of "Marcus Smith", one Ohio State Identification card and one Social Security card both in the name of "Marcus Smith".

12.    On or about May 26, 2007, the affiant obtained a security video from Wal-Mart Loss Prevention in Rockton, Illinois. The security video recorded the purchase of items from the Rockton, Illinois Wal-Mart with an unknown Visa account on April 30, 2007. The name encoded in the card, embossed on the card, and signed on the receipt was "Marcus Smith". The video shows DANIELS purchasing a television and loading it into a vehicle matching the description of the Subject Vehicle.

13.    On or about May 30, 2007, the affiant obtained a security video from the South Bend Police Department. The security video recorded the purchase of items from the South Bend, Indiana Wal-Mart totaling $1,286.88 with Visa account number xxxx xxxx xxxx 9006 on April 2, 2007. The name encoded in the card, embossed on the card, and signed on the receipt was "Derrick Parker". The video shows a black male that appears to be DANIELS.

14.    On the same date, the affiant obtained another security video from the South Bend Police Department. This security video recorded the purchase of items from the South Bend, Indiana Wal-Mart totaling $ 314.10 with Visa account number xxxx xxxx xxxx 7993 by BROWN on May 16, 2007. The name encoded in the card, embossed on the card, and signed on the receipt was "Marcus Smith". DANIELS later attempted to make a purchase totaling $2,571.66 with Visa account number xxxx xxxx xxxx 4964 before he was detained by Wal-Mart loss prevention personnel. The video shows DANIELS and BROWN enter the parking lot together in a vehicle matching the description of the Subject Vehicle. The vehicle also had a white sticker in the back rear window that appears to match the sticker on the Subject Vehicle.

15.    On or about June 26, 2007, the affiant obtained surveillance video from Dale Ford, Wal-Mart Loss Prevention, Bolingbrook, Illinois, from credit card transactions that occurred at the Bolingbrook Wal-Mart on April 15, 2007, April 17, 2007, May 10, 2007, May 19, 2007, and June 19, 2007. The video from these incidents showed individuals matching the physical descriptions of DANIELS and BROWN using multiple

credit cards. The names encoded in the cards, embossed on the cards, and signed on the receipts were "Derrick Parker" and "Marcus Smith". The transaction from April 15, 2007 was paid for with two Wal-Mart gift cards that had been purchased at the Plover, Wisconsin Wal-Mart on the same date. Additionally, an EBT Link Card # 8918 which had been issued to BROWN was also used for this transaction.

16.     On or about August 2, 2007 a trash pull operation was conducted by the affiant at 422 Meadowlark Drive, Bolingbrook, Illinois, which is the residence of DANIELS and BROWN. As a result of this operation, two different sales receipts were obtained from the merchants Wal-Mart and Macys. The store locations for these purchases were in Kalamazoo, Michigan and Bolingbrook, Illinois. Additionally, the affiant obtained a storage unit rental contract completed by BROWN, dated June 17, 2007. The storage unit was being rented from the Public Storage facility located at 2434 S. Washington Street, Naperville, Illinois.

17.     On or about August 8, 2007, the affiant obtained a police report from the Ottawa Police Department regarding a credit card that was fraudulently used in Ottawa, Illinois on July 17, 2007. The Ottawa police department had received a police report from the Las Vegas Police Department in regards to an individual living in Las Vegas, Victim A, who had filed a report that his credit card which was still in his possession but had been fraudulently used on July 17, 2007. Victim A reported that his Visa Credit Card # xxxx xxxx xxxx 6580 was used twice at the Value City Department Store for $1,085.23 and $300 and unsuccessfully at the Wal-Mart store in Ottawa, Illinois. The credit card receipt showed the Visa account holder as "Marcus Smith" and the signature slip was signed "Marcus Smith". A Value City employee later helped this individual load a television he had purchased into a grey/brown SUV. The Subject Vehicle is a brown Chevy Suburban SUV.

18.     On or about August 9, 2007, a second trash pull operation was conducted by the affiant at 422 Meadowlark Drive, Bolingbrook, Illinois. As a result of this operation, numerous sales receipts were obtained from merchants such as Wal-Mart, Macys, VonMaur, Jewel, K-Mart, and Food 4-Less. The store locations for these purchases were in Decatur, Illinois; Champaign, Illinois; Kalamazoo, Michigan; Benton Harbor, Michigan; and Michigan City, Michigan. The last four numbers of the Credit Cards used for each of these purchases were all different.

19.     On or about August 9, 2007, BROWN and an unidentified black male were captured on surveillance video at Home Depot store #1939 in Bolingbrook, Illinois while making a purchase for $314.26 with credit card # xxxx xxxx xxxx 3916. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card # xxxx xxxx xxxx 3916.

4

20.    On or about August 10, 2007, DANIELS and BROWN were captured on surveillance video at Home Depot store #1939 in Bolingbrook, Illinois while making a purchase for $1,860.44 with credit card # xxxx xxxx xxxx 0336.  On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card # xxxx xxxx xxxx 0336.

21.    On or about August 14, 2007, the affiant received an e-mail from Macy's Loss Prevention with additional information regarding fraudulent purchases made with the name "Marcus Smith".  Macy's had identified six additional account #'s associated with fraudulent purchases: xxxx xxxx xxxx 0800, xxxx xxxx xxxx 4700, xxxx xxxx xxxx 3320, xxxx xxxx xxxx 6650, xxxx xxxx xxxx 6659, xxxx xxxx xxxx 4440, and xxxx xxxx xxxx 5098.  Macy's indicated that these cards were used at Macy's stores in Joliet, Illinois; Oak Brook, Illinois; Bolingbrook, Illinois; and Champaign, Illinois.  Surveillance video later obtained from the Macy's store in Bolingbrook, Illinois showed DANIELS purchasing gift cards with some of the aforementioned credit cards.

22.    On or about August 14, 2007, the affiant contacted a representative from MBNA Card Services Fraud Department in order to verify fraud for three of the accounts provided by Macy's as well as to obtain additional fraudulent purchases.  The MBNA representative indicated that fraud had been identified on all three accounts and that additional fraud had occurred on account # xxxx xxxx xxxx 6659 at Speedway gas station #7568 in Bolingbrook, Illinois on July 18, 2007 and July 21, 2007.

23.    On or about August 14, 2007, the affiant obtained surveillance video and credit card information from the Speedway gas station #7568 in Bolingbrook, Illinois regarding the information provided by the MBNA fraud representative.  The video shows DANIELS and BROWN using multiple credit cards on July 18, 2007 and July 21, 2007 for the purchase of gas and gift cards.  Additionally, the surveillance video showed BROWN purchasing gas for the Subject Vehicle.

24.    On or about August 22, 2007, BROWN was captured on surveillance video at Home Depot store #1909 in Calumet City, Illinois while making a purchase for $54.84 with credit card # xxxx xxxx xxxx 2928.  Later that day, BROWN was captured on surveillance video making a purchase for $15.76 at the same Home Depot store with the same card.  On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transactions, which the affiant has verified are fraudulent with the bank that issued credit card # xxxx xxxx xxxx 2928.

25.    On or about August 23, 2007, BROWN was captured on surveillance video at Home Depot store #1909 in Calumet City, Illinois while making a purchase for $142.64 with credit card # xxxx xxxx xxxx 2928.  Video surveillance cameras were also

able to identify the Subject Vehicle in the store parking lot during this same time period. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card # xxxx xxxx xxxx 2928.

26.    On or about August 23, 2007, a third trash pull operation was conducted by the affiant at 422 Meadowlark Drive, Bolingbrook, Illinois. As a result of this operation, numerous sales receipts were obtained from merchants such as Lowe's, Home Depot, Torrid Inc., K-Mart, Food 4-Less, Michael's Pizza, and Pep Boys Auto. All of these transactions were made with different credit cards and some of them included a signature on the receipt bearing the name "Marcus Smith". Also obtained from this trash pull was a sheet of paper from an unknown merchant which contained customer payment information including 54 different MasterCard numbers.

27.    On or about August 24, 2007, BROWN and DANIELS were captured on surveillance video at Home Depot store #1909 in Calumet City, Illinois while making a purchase for $1,184.56 with credit card # xxxx xxxx xxxx 4524. Video surveillance cameras were also able to identify the Subject Vehicle in the store parking lot during this same time period. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card # xxxx xxxx xxxx 4524.

28.    On or about August 25, 2007, DANIELS was captured on surveillance video at Home Depot store #1967 in Mattoon, Illinois while making two separate purchases for $513.85 and $515.11 with credit card # xxxx xxxx xxxx 4524, the same card used for fraudulent purchases on August 24, 2007. On that same day, DANIELS was captured on surveillance video at Home Depot store #1984 in Champaign, Illinois while making two separate purchases for $545.08 and $502.57 with the same credit card. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of these transactions.

29.    On or about August 30, 2007, a fourth trash pull operation was conducted by the affiant at 422 Meadowlark Drive, Bolingbrook, Illinois. As a result of this operation, numerous sales receipts were obtained from merchants such as K-Mart, Wal-Mart, Elder Beerman, Sears, Home Depot, and Limited Too. The locations of these stores were in Decatur, Illinois; Mattoon, Illinois; Bloomington, Illinois; and Calumet City, Illinois. Several of the receipts obtained had the name "Marcus Smith" on them. The last four numbers of the credit cards used for these purchases were different. In addition, the receipt for the $142.64 transaction on August 23, 2007 with credit card # xxxx xxxx xxxx 2928 at Home Depot store #1909 in Calumet City, Illinois was recovered as a result of this operation.

30.     On or about September 4, 2007, BROWN and an unidentified black male were captured on surveillance video at Home Depot store #1939 in Bolingbrook, Illinois while making a purchase for $48.11 with credit card # xxxx xxxx xxxx 4524. This is the same card used by BROWN and DANIELS for fraudulent purchases on August 24, 2007 and August 25, 2007. On the same day, BROWN and an unidentified black female were captured on surveillance video at Home Depot store #1936 in Homewood, Illinois while making two separate purchases for $101.21 and $174.71 with the same card. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of these transactions.

31.     On or about September 4, 2007, Chief Judge James F. Holderman entered an order allowing for the installation, maintenance, and monitoring of a tracking device on the Subject Vehicle for a period of forty-five days. The tracking device was installed on September 5, 2007 and was monitored on a regular basis until its removal on October 18, 2007.

32.     On or about September 8, 2007, BROWN and an unidentified black male were captured on surveillance video at Home Depot store #1934 in Elgin, Illinois while making a purchase for $47.87 with credit card # xxxx xxxx xxxx 4524. This is the same card used by BROWN and DANIELS for fraudulent purchases on August 24, 2007, August 25, 2007, and September 4, 2007. On that same day, DANIELS was captured on surveillance video at Home Depot store #1921 in Geneva, Illinois while making two separate purchases for $2,157.63 and $144.73 with credit card #'s xxxx xxxx xxxx 7079 and xxxx xxxx xxxx 4524. Also on that same day, DANIELS and BROWN were captured on surveillance video at Home Depot store #1940 in Algonquin, Illinois while making two separate purchases for $2,144.12 and $25.65 with credit card #'s xxxx xxxx xxxx 8009 and xxxx xxxx xxxx 4524. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of these transactions, which the affiant have verified are fraudulent with the banks that issued credit card #'s xxxx xxxx xxxx 7079, xxxx xxxx xxxx 4524, and xxxx xxxx xxxx 8009.

33.     On or about September 9, 2007, DANIELS was captured on surveillance video at Home Depot store #6919 in Frankfort, Ilinois while attempting to make a purchase for $2,277.86 with credit card # xxxx xxxx xxxx 1227. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card # xxxx xxxx xxxx 1227.

34.     On or about September 10, 2007, DANIELS was captured on surveillance video at Home Depot store #1957 in Aurora, Illinois while attempting to make two separate purchases for $576.42 and $500.00 with credit card #'s xxxx xxxx xxxx 1502 and xxxx xxxx xxxx 3265. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction,

7

which the affiant has verified is fraudulent with the bank that issued credit card #'s xxxx xxxx xxxx 1502 and xxxx xxxx xxxx 3265.

35.    On or about September 10, 2007, DANIELS was captured on surveillance video at Home Depot store #1921 in Geneva, Illinois while making a purchase for $232.18 with credit card # xxxx xxxx xxxx 2505. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card # xxxx xxxx xxxx 2505.

36.    On or about September 10, 2007, the affiant obtained surveillance video and credit card information from Wal-Mart Loss Prevention personnel in Joliet, Illinois, after information from the tracking device indicated that the Subject Vehicle had been at this location on September 9, 2007. The video showed DANIELS purchasing three $300 Wal-Mart gift cards with credit card # xxxx xxxx xxxx 4524. The name encoded in the card, embossed on the card, and signed on the receipt was "Marcus Smith".

37.    On or about September 11, 2007, the affiant obtained surveillance video and credit card information from the manager of the Shell gas station located at 164 S. Randall Road, Batavia, Illinois, after gathering information from the tracking device which indicated that the Subject Vehicle had been at this location on September 10, 2007. The video showed DANIELS using credit card # xxxx xxxx xxxx 2505 for a $50.03 gas purchase. The name encoded in the card, embossed on the card, and signed on the receipt was "Darrell Rice".

38.    On or about September 12, 2007, the affiant obtained surveillance video and credit card information from the manager of the Babies-R-Us store in Naperville, Illinois after information from the tracking device indicated that the Subject Vehicle had been at this location on September 10, 2007. The video showed DANIELS and BROWN using credit card # xxxx xxxx xxxx 3265 for three separate purchases. The name encoded in the card, embossed on the card, and signed on the receipt was "Darrell Rice".

39.    On or about September 12, 2007, the affiant met with Doug Robinson, Home Depot Fraud Investigator, to obtain a counterfeit credit card that DANIELS had attempted to use at the Frankfort, Illinois Home Depot on September 9, 2007. DANIELS had attempted to purchase two 42' LCD TV's but was unsuccessful after the cashier noticed that the last four numbers on the receipt didn't match the last four numbers on the front of the credit card. When questioned about the discrepancy, DANIELS left the credit card with the cashier and immediately exited the store. The name on the front of the credit card was "Darrell Rice".

40.    On or about September 16, 2007, DANIELS and BROWN were captured on surveillance video at Home Depot store #1982 in Oakbrook Terrace, Illinois while

8

making two separate purchases for $554.45 and $300.00 with credit card #'s xxxx xxxx xxxx 5106 and xxxx xxxx xxxx 1502, the same card DANIELS used for a fraudulent purchase on September 10, 2007. Video surveillance cameras were also able to identify the Subject Vehicle in the store parking lot during this same time period. On that same day, DANIELS and BROWN were captured on surveillance video at Home Depot store #1905 in Darien, Illinois while making a purchase for $458.17 with credit card # xxxx xxxx xxxx 5106. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transactions, which the affiant has verified are fraudulent with the banks that issued credit card #'s xxxx xxxx xxxx 5106 and xxxx xxxx xxxx 1502.

41.     On or about September 18, 2007, the affiant obtained surveillance video and credit card information the Wal-Mart store located at 16771 S. Torrance Avenue, Lansing, Illinois, after information obtained from the tracking device indicated that the Subject Vehicle had been at that location on September 17, 2007. The video showed BROWN using Wal-Mart gift card # 602357721320 to purchase an IPod and a pre-paid phone card. This gift card had been fraudulently purchased at the Elgin, Illinois Wal-Mart on September 8, 2007 by DANIELS with credit card # xxxx xxxx xxxx 2505.

42.     On or about September 19, 2007, the affiant obtained surveillance video and credit card information from the Wal-Mart store located at 1001 N.Randall Road, Elgin, Illinois, after information obtained from the tracking device indicated that the Subject Vehicle had been at that location on September 8, 2007 and September 9, 2007. The video showed DANIELS using multiple credit cards on both dates. The video from September 8, 2007 showed DANIELS attempting to use eight different credit cards for the purchase of two laptop computers and a $300 Wal-Mart gift card. The transaction was completed with credit card # xxxx xxxx xxxx 2505 after the first seven cards were declined. The name encoded in the card, embossed on the card, and signed on the receipt was "Darrell Rice". The video from September 9, 2007 again shows DANIELS attempting to purchase a 50" LCD TV and a $300 Wal-Mart gift card, however the transaction was cancelled due to the fact that all three of the credit cards that DANIELS attempted to use were declined.

43.     On or about September 19, 2007, the affiant obtained surveillance video and credit card information from the Wal-Mart store located at 801 N 801 N. Randall Road, Batavia, Illinois, after information obtained from the tracking device indicated that the Subject Vehicle had been at that location on September 10, 2007. The video and credit card information showed DANIELS purchasing two pre-paid cell phone cards with credit card # xxxx xxxx xxxx 9174. The name encoded in the card, embossed on the card, and signed on the receipt was "Darrell Rice".

44.     On or about September 21, 2007, DANIELS and BROWN were captured on surveillance video at Home Depot store #1932 in Matteson, Illinois making two

separate purchases for $324.64 and $357.35 with credit card #'s xxxx xxxx xxxx 9391 and xxxx xxxx xxxx 5495. Video surveillance cameras were also able to identify the Subject Vehicle in the store parking lot during this time period. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transactions, which the affiant has verified are fraudulent with the bank that issued credit card #'s xxxx xxxx xxxx 9391 and xxxx xxxx xxxx 5495.

45. On or about September 25, 2007, the affiant obtained security video and credit card information from Jewel Osco Loss Prevention. The video showed DANIELS purchasing $500 worth of Nordstrom gift cards at the Algonquin, Illinois Jewel store with credit card # xxxx xxxx xxxx 8103.

46. On or about September 25, 2007, BROWN and an unidentified black male were captured on surveillance video at Home Depot store #1932 in Matteson, Illinois making a purchase for $134.17 with Visa credit card # xxxx xxxx xxxx 2292. Video surveillance cameras were also able to identify the Subject Vehicle in the store parking lot during this time period. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card #'s xxxx xxxx xxxx 2292.

47. On or about September 28, 2007, DANIELS, BROWN, and an unidentified black male were captured on surveillance video at Home Depot store #1936 in Homewood, Illinois making a purchase for $51.38 with credit card # xxxx xxxx xxxx 2292, the same card that BROWN used to make a fraudulent purchase on September 25, 2007. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card #'s xxxx xxxx xxxx 2292.

48. On or about September 30, 2007, DANIELS and BROWN were captured on surveillance video at Home Depot store #1942 in Woodridge, Illinois making a purchase for $115.14 with credit card # xxxx xxxx xxxx 2292, the same card that DANIELS and BROWN used to make fraudulent purchases on September 25, 2007 and September 28, 2007. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card #'s xxxx xxxx xxxx 2292.

49. On or about October 1, 2007, the affiant obtained surveillance video and credit card information from the Shell gas station located at Route 53 and I-55, Bolingbrook, Illinois, after information obtained from the tracking device indicated the Subject Vehicle had been at this location on September 14, 2007 and September 22, 2007. The video showed BROWN purchasing gas for the Subject Vehicle on September

10

14, 2007 while using credit card #'s xxxx xxxx xxxx 5106 and xxxx xxxx xxxx 3265. The name encoded in the card, embossed on the card, and signed on the receipt was "Marcus Smith". Additionally, I was able to obtain video and credit card information showing the purchase of gas for the Subject Vehicle on September 22, 2007 using credit card # xxxx xxxx xxxx 2292. The name encoded in the card, embossed on the card, and signed on the receipt was "Marcus Smith".

50.     On or about October 1, 2007, the affiant obtained surveillance video and credit card information from the Speedway gas station located at 111th St & Route 59, Naperville, Illinois, regarding information obtained from the tracking device that indicated the Subject Vehicle had been at this location on September 29, 2007. The video showed DANIELS purchasing six $25 Foot Locker gift cards with credit card # xxxx xxxx xxxx 2292. The name encoded in the card, embossed on the card, and signed on the receipt was "Darrell Rice".

51.     On or about October 1, 2007, the affiant obtained credit card information from the Shell gas station located at Route 30 & Route 34, Oswego, Illinois, regarding information obtained from the tracking device that indicated the Subject Vehicle had been at this location on September 29, 2007. The electronic journal for gas purchases revealed the use of the following nine credit cards; xxxx xxxx xxxx 0402, xxxx xxxx xxxx 8083, xxxx xxxx xxxx 1799, xxxx xxxx xxxx 8884, xxxx xxxx xxxx 4232, xxxx xxxx xxxx 7551, xxxx xxxx xxxx 8024, xxxx xxxx xxxx 0950, and xxxx xxxx xxxx 9915. These nine credit cards were used or attempted to be used by DANIELS at the Wal-Mart stores in Oswego, Illinois and Montgomery, Illinois on the same date.

52.     On or about October 1, 2007, the affiant obtained surveillance video and credit card information from the Wal-Mart store located at 2300 Route 34, Oswego, Illinois, regarding information obtained from the tracking device that indicated that the Subject Vehicle had been at this location on September 29, 2007. The video showed DANIELS purchasing five Wal-Mart gift cards with Visa credit card #'s xxxx xxxx xxxx 0950, xxxx xxxx xxxx 7551, xxxx xxxx xxxx 8884, xxxx xxxx xxxx 8083, and xxxx xxxx xxxx 4804. DANIELS attempted to use five additional credit cards to complete these transactions, however they were all declined. The names encoded in the cards, embossed on the cards, and signed on the receipts were "Darrell Rice" and "Marcus Smith."

53.     On or about October 2, 2007, the affiant obtained surveillance video and credit card information from the Speedway gas station located at 111th St & Route 59, Naperville, Illinois, regarding information obtained from the tracking device that indicated the Subject Vehicle had been at this location on October 1, 2007. The video showed DANIELS purchasing miscellaneous items inside the store including a $150 Speedway card as well as the purchase of gas for the Subject Vehicle with credit cards #

11

xxxx xxxx xxxx 2292 and xxxx xxxx xxxx 6343. The name encoded in the cards, embossed on the cards, and signed on the receipts was "Darrell Rice".

54.     On or about October 2, 2007, the affiant obtained surveillance video and credit card information from the Wal-Mart store located at 2300 Route 34, Oswego, Illinois, regarding information obtained from the tracking device that indicated that the Subject Vehicle had been at this location on October 1, 2007. The video showed DANIELS attempting to purchase two 42" LCD TV's with credit card #'s xxxx xxxx xxxx 4232, xxxx xxxx xxxx 0268, xxxx xxxx xxxx 9915, xxxx xxxx xxxx 4804, and xxxx xxxx xxxx 8550, xxxx xxxx xxxx 4828, xxxx xxxx xxxx 9015, xxxx xxxx xxxx 1799, xxxx xxxx xxxx 8024, xxxx xxxx xxxx 3101, xxxx xxxx xxxx 8884, and xxxx xxxx xxxx 4462; however, all twelve of the credit cards were declined.

55.     On or about October 4, 2007, the affiant obtained surveillance video and credit card information from the Wal-Mart store located at 16771 Torrance Avenue, Lansing, Illinois, regarding information obtained from the tracking device that indicated that the Subject Vehicle had been at this location on September 21, 2007 and October 1, 2007. The video showed DANIELS and BROWN purchasing miscellaneous items totaling with credit card # xxxx xxxx xxxx 5495. The video from October 1, 2007 again showed DANIELS and BROWN purchasing miscellaneous items with credit card # xxxx xxxx xxxx 2292. The name encoded in the cards, embossed on the cards, and signed on the receipts was "Darrell Rice".

56.     On or about October 4, 2007, the affiant obtained a credit card signature slip from the Home Owners Bargain Outlet (HOBO) store located at 1693 Plainfield Road, Crest Hill, Illinois, regarding information obtained from the tracking device that indicated that the Subject Vehicle had been at this location on September 28, 2007. The credit card signature slip was for a $202.99 purchase with credit card # xxxx xxxx xxxx 2292. The signature on the slip was "Darrell Rice".

57.     On or about October 5, 2007, BROWN and an unidentified black male were captured on surveillance video at Home Depot store #1932 in Matteson, Illinois making a purchase for $148.98 with credit card # xxxx xxxx xxxx 2292, the same card that DANIELS and BROWN used to make fraudulent purchases on September 25, 2007, September 28, 2007 and September 30, 2007. On or about October 9, 2007, the affiant met with a Home Depot Fraud Investigator who provided him with still photographs of the transaction, which the affiant has verified is fraudulent with the bank that issued credit card #'s xxxx xxxx xxxx 2292.

58.     On or about October 9, 2007, the affiant received information from a Speedway Fraud Investigator regarding the use of five credit cards by DANIELS at Speedway stores in Bolingbrook, Romeoville, and Naperville, Illinois on August 28, 2007, September 4, 2007, September 9, 2007, September 29, 2007, and October 1, 2007.

Additionally, the investigator provided still photographs which showed DANIELS making purchases inside each of the stores. The credit cards used by DANIELS on these occasions were xxxx xxxx xxxx 2292, xxxx xxxx xxxx 3936, xxxx xxxx xxxx 4581, and xxxx xxxx xxxx 9391.

59.    On or about October 11, 2007, the affiant obtained surveillance video and credit card information from the Wal-Mart store located at 2300 Route 34, Oswego, Illinois, regarding information obtained from the tracking device that indicated that the Subject Vehicle had been at this location on October 9, 2007, October 10, 2007, and October 11, 2007. The video showed DANIELS and/or BROWN making purchases on all three days. On October 9, 2007, five separate transactions were completed in which four $300 and one $200 Wal-Mart gift cards were purchased with Visa credit card # xxxx xxxx xxxx 2292. One additional credit card was attempted with these transactions, however it was declined. The name encoded in the card, embossed on the card, and signed on the receipt was "Darrell Rice". On October 10, 2007, four separate transactions were completed by DANIELS and BROWN. These individuals completed three transactions to purchase four $300 Wal-Mart gift cards with credit card # xxxx xxxx xxxx 2292. A short time later, a fourth transaction was completed in which a 42" LCD TV was purchased using four Wal-Mart gift cards previously purchased at the Plainfield, Illinois Wal-Mart on October 9, 2007. On October 11, 2007, two separate transactions were completed by BROWN and DANIELS. They used ten $300 Wal-Mart gift cards previously purchased at the Wal-Mart stores in Oswego, Montgomery, Plainfield, and Joliet, Illinois on October 9, 2007 and October 10, 2007, to purchase two laptop computers and a 52" LCD TV.

60.    On or about October 18, 2007, the affiant conducted a surveillance of the Subject Vehicle from the Wal-Mart in Plainfield, Illinois to the 422 Meadowlark Drive address in Bolingbrook, Illinois. Upon arrival at that location, I witnessed what appeared to be BROWN in the driver's seat of the Subject Vehicle sitting in the parking lot. A short time later, DANIELS exited the store carrying several white plastic bags and entered the Subject Vehicle on the passenger side. I then followed the Subject Vehicle from that location to the 422 Meadowlark Drive, Bolingbrook, Illinois address.

61.    On or about October 19, 2007, I contacted Wal-Mart Loss Prevention in Plainfield, Illinois in order to obtain information about DANIELS' purchase on October 18, 2007. Ford stated that DANIELS used the name "Darrell Rice" with credit card # xxxx xxxx xxxx 4699 to purchase $189.55 in miscellaneous household items.

62.    Based on the foregoing facts, Affiant respectfully submits there is probable cause to believe that JAMAL DANIELS and TENEKA BROWN and other individuals known and unknown conspired to knowingly and with intent to defraud traffic in and use one or more unauthorized access devices, namely stolen credit card and debit card account information, during any one-year period, and by such conduct obtain things of value aggregating $1,000 or more during that period, thereby affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2), and thereafter engaged in conduct in furtherance of such offense, in violation of Title 18, United States Code, Section 1029(b)(2).

FURTHER AFFIANT SAYETH NOT.

Darek Thomas
Special Agent
United States Secret Service

SUBSCRIBED and SWORN to before me
this 2nd day of November, 2007

ARLANDER KEYS
United States Magistrate Judge

14