**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 2  2007
11-2-07

**MAGISTRATE JUDGE ARLANDER KEYS**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 07 CR 723 |
| JAMAL DANIELS and | ) |
| TENEKA BROWN | ) |

MOTION TO SEAL
CRIMINAL COMPLAINT AND ARREST WARRANTS

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the
Northern District of Illinois, hereby moves this Court to seal the criminal complaint and arrest warrants in
the above-captioned cause until 9:00 a.m. on Monday, November 12, 2007. In support of this motion, the
government states:

1.  The investigation referred to in the criminal complaint is ongoing and undercover. Disclosure
of the criminal complaint, or the arrest warrants, would jeopardize that investigation and could interfere with
the execution of the arrest warrants.

2.  At the present time, the government anticipates that the arrest warrants will be executed on
Monday, November 5, 2007. Accordingly, the Government requests that the criminal complaint and arrest
warrants remain sealed until 9:00 a.m. on Monday, November 12, 2007.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:   _____
RENATO MARIOTTI
Assistant United States Attorney
(312) 886-7855