# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723-all | **DATE** | 11/5/2007 |
| **CASE TITLE** |  | USA vs. Jamal Daniels | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jamal Daniels and Teneka Brown. The Government's Motion to Seal Criminal Complaint and arrest warrants until 11/12/07 is granted.

See attached order for further details.

| | Courtroom Deputy Initials: | AC |
|---|---|---|