UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
            v.                  )
                                )    No. 07 CR ⁊ 2 3
JAMAL DANIELS and               )
TENEKA BROWN                    )    07 CR 723

## ORDER

In response to the ex parte motion of the United States of America to seal the criminal complaint and arrest warrants in the captioned case;

IT IS HEREBY ORDERED that the government's Motion is GRANTED and the criminal complaint and arrest warrants are sealed until 9:00 a.m. on Monday, November 12, 2007.

ENTER:    _Arlander Keys_
          ARLANDER KEYS
          U.S. Magistrate Judge

DATED: November 2, 2007