# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 1 | **DATE** | 11/6/2007 |
| **CASE TITLE** | USA vs. Jamal Daniels | | |

**DOCKET ENTRY TEXT**

Initial appearance held on 11/6/07 as to Jamal Daniels (1). Government's motion to unseal complaint and supporting documents is granted. Defendant appears in response to the arrest on 11/5/07. Defendant informed of his rights. Daniel J. Hesler's oral motion for leave to file appearance is granted. Government's unopposed oral motion to continue detention to 11/9/07 at 10:30 a.m. is granted. Preliminary examination set for 11/9/07 at 10:30 am. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|