## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Arlander Keys | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 1 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. Jamal Daniels | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 11/5/07 as to Jamal Daniels. Defendant's unopposed oral motion to continue detention hearing to 11/16/07 at 10:00 a.m. is granted. Government's unopposed oral motion to continue preliminary examination to 11/16/07 at 10:00 a.m. is granted. Defendant to remain in custody pending detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | Courtroom Deputy Initials: | yp |
|---|---|---|