## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 1 | **DATE** | 11/16/2007 |
| **CASE TITLE** | USA vs. Jamal Daniels | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 11/16/2007 as to Jamal Daniels. Defendant waive detention at this time but reserve the right to address detention at a later date. Defendant waive the right to a preliminary examination hearing. Enter a finding of probable cause, order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|