MAGISTRATE JUDGE KEYS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

07CR723

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JUDGE MORAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 723 US v. Jamal Daniels

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?  NO X  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     NO X    YES ☐

6) What level of offense is this indictment or information?                    FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?               NO X     YES ☐

8) Does this indictment or information include a conspiracy count?                     NO ☐     YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)            ☐ Income Tax Fraud ........ (II)       ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ..... (II)          ☐ Postal Fraud ........... (II)        ☐ Miscellaneous General Offenses .... (IV)
     Bank robbery ........ (II)            X Other Fraud ........... (III)        ☐ Immigration Laws ......... (IV)
   ☐ Post Office Robbery .... (II)          ☐ Auto Theft ........... (IV)         ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)            ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault ............. (III)            ☐ Forgery ............ (III)          ☐ Motor Carrier Act ......... (IV)
   ☐ Burglary ............ (IV)             ☐ Counterfeiting ........ (III)       ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ...... (IV)          ☐ Sex Offenses ......... (II)         ☐ Obscene Mail ........... (III)
   ☐ Postal Embezzlement .... (IV)          ☐ DAPCA Marijuana ....... (III)       ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement ..... (III)         ☐ DAPCA Narcotics ....... (III)       ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    **Title 18, U.S.C. § 2, 1029(a)(1), 1029(b)(1), 1029(b)(2)**

F I L E D

DEC  4 2007 CM

RENATO MARIOTTI
Assistant United States Attorney

(revised 12/99)   MICHAEL W. DOBBINS
                  CLERK, U.S. DISTRICT COURT