Minute Order Form (rev. 4/99)

07 GJ 0761

CM

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE MORAN | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE KEYS |
|---|---|---|---|
| CASE NUMBER | 07 CR 723 | DATE | DECEMBER 4, 2007 |
| CASE TITLE | US v. JAMAL DANIELS & TENEKA BROWN | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Nan R. Nolan

Judge or Magistrate Judge _____

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO JAMAL DANIELS. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO TENEKA BROWN.

**FILED**

DEC 4 2007 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE          (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#