# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 1:07−cr−00723
                                         Honorable James B. Moran

Jamal Daniels, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2007:

    MINUTE entry before Judge James B. Moran as to Jamal Daniels:Bond hearing held on 12/20/2007as to Jamal Daniels. Detention is not contested at this time. Status hearing set for 1/10/2008 at 11:00 a.m. is stricken and reset to 2/14/2008 at 09:15 AM. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.