## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                          Case No.: 1:07−cr−00723
                                            Honorable James B. Moran

Jamal Daniels, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

     MINUTE entry before Judge James B. Moran as to Jamal Daniels:Status hearing held on 2/14/2008 as to Jamal Daniels. Change of Plea Hearing is set for 4/17/2008 at 10:00 AM. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 2/14/2008 and ending on 4/17/2008.Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.