Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHL*

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 723 - 1 | **DATE** | 5/1/2008 |
| **CASE TITLE** | USA vs. JAMAL DANIELS | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to all counts of the indictment and enters a plea of guilty to counts one and three of the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing is set for July 9, 2008 at 10:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | LG |
|---|---|---|