UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 723-1 |
| v. | ) | |
| | ) | Judge James B. Moran |
| JAMAL DANIELS | ) | |

## NOTICE OF MOTION

On **July 23, 2008,** at 10:00 a.m. at the opening of court or as soon thereafter as counsel

may be heard, I will appear before Judge Moran in the courtroom usually occupied by him in the

Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such

other judge who may be sitting in his place and stead, and then and there present **MOTION OF**

**THE UNITED STATES FOR ENTRY OF A PRELIMINARY ORDER OF**

**FORFEITURE**, in the above-captioned case, at which time and place you may appear if you see

fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    *s/ Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7855

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on July 21, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:    *s/ Renato Mariotti*
        RENATO MARIOTTI
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 886-7855