

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 723 - 1 | DATE | 7/23/2008 |
| CASE TITLE | USA vs. JAMAL DANIELS | | |

**DOCKET ENTRY TEXT**

Government's motion for entry of Preliminary Order Of Forfeiture [41] is granted. Enter Preliminary Order Of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | U.S. DISTRICT COURT FILED 2008 JUL 23 PM 4:02 | Courtroom Deputy Initials: | LG |
|---|---|---|---|