

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 723-1 |
| v. ) | |
| ) | Judge James B. Moran |
| JAMAL DANIELS ) | |

### PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 982 and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a) On December 4, 2007, an indictment was returned charging defendant JAMAL DANIELS with knowingly and with intent to defraud, attempted to use one or more unauthorized and counterfeit access devices, thereby affecting interstate commerce, pursuant to the provisions of 18 U.S.C. §§ 1029(a)(1) and 1029(b)(1);

(b) The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 982;

(c) On May 1, 2008, pursuant to Fed. R. Crim. P. 11, defendant JAMAL DANIELS entered a voluntary plea of guilty to Counts One and Three of the indictment charging him with violations of 18 U.S.C. §§ 1029(b)(2), 1029(a)(1) and (b)(1), thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B) which states in part

> (2)(B) The court, in imposing sentence on a person convicted of . . . section 1029 . . . of this title, shall order that the person forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation.

(d)     As a result of his violations of 18 U.S.C. §§ 1029(a)(1) and 1029(b)(1), to which defendant JAMAL DANIELS pled guilty, funds in the amount of $170,000 are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 982 as property constituting or derived from proceeds obtained, directly or indirectly, as a result of the defendant's violations of 18 U.S.C. §§ 1029(a)(1) and 1029(b)(1);

(e)     Defendant JAMAL DANIELS further agreed to the entry of a forfeiture judgment in the amount of $170,000 pursuant to the provisions of 18 U.S.C. § 982;

(f)     If any of the funds in the amount of the $170,000 money judgment entered against defendant JAMAL DANIELS as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value, or
5. has been commingled with other property which cannot be divided without difficulty;

the United States shall request that this Court order the forfeiture of any other property belonging to the defendant JAMAL DANIELS up to the value of $170,000 pursuant to 21 U.S.C. § 853(p), as incorporated by 982(b)(1) and Fed. R. Crim. P. 32.2, in order to satisfy the money judgment entered by the Court;

(g)     The United States requests that the terms and conditions of this preliminary order of forfeiture entered by the Court be made part of the sentence imposed against defendant JAMAL DANIELS and included in any judgment and commitment order entered in this case against him.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That a judgment is entered against defendant JAMAL DANIELS in the amount of $170,000;

2. That, pursuant to the provisions of 18 U.S.C. § 982 Fed. R. Crim. P. 32.2, all right, title and interest of defendant JAMAL DANIELS in the funds in the amount of $170,000, is hereby forfeit to the United States of America for disposition according to law;

3. That, by an act or omission on the part of defendant JAMAL DANIELS funds in the amount of $170,000 cannot be located to satisfy the forfeiture judgment; pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 982(b)(1), the United States has the authority to forfeit substitute assets in the amount of $170,000 to satisfy the money judgment entered by this court;

4. That, should assets become available to satisfy the forfeiture judgment in the future, the United States shall at that time file a motion for substitution of assets before this Court requesting permission to seize such assets and publish notice of the United States' intent to forfeit the property in satisfaction of the forfeiture money judgment entered by the Court;

5. The terms and conditions of this preliminary order of forfeiture are part of the sentence imposed against defendant JAMAL DANIELS and shall be made part of any judgment and commitment order entered in this case against him;

6. This court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

*[signature]*
JAMES B. MORAN
United States District Judge

DATED: July 23, 2008